# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CLEVELAND HILL ENDOWMENT, INC.,

    Plaintiff(s),

v.

ANDREW FLORES, et al.,

    Defendant(s).

Case No. 2:21-cv-01207-APG-NJK

**Order**

This case was initiated by Plaintiff Cleveland Hill Endowment, Inc. without an attorney. *See* Docket No. 1. Corporations are not permitted to proceed *pro se*. *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Plaintiff is **ORDERED** to file, by July 29, 2021, a notice of appearance by counsel. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: June 29, 2021

                                                  Nancy J. Koppe
                                                United States Magistrate Judge