# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLEVELAND HILL ENDOWMENT, INC., <br>     Plaintiff(s), <br> v. <br> ANDREW FLORES, et al., <br>     Defendant(s). | Case No. 2:21-cv-01207-APG-NJK <br><br> **Order** <br><br> [Docket No. 8] |

Pending before the Court is a motion to extend the service deadline. Docket No. 8. That deadline may be extended even without a showing of good cause. *See* Fed. R. Civ. P. 4(m). Given the current circumstances, the Court will allow the extension. The motion is **GRANTED** and the deadline to effectuate service is **RESET** for December 31, 2021.

IT IS SO ORDERED.

Dated: November 3, 2021

                                                                           Nancy J. Koppe <br>
                                                                      United States Magistrate Judge