# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CLEVELAND HILLS ENDOWMENT, INC.
and TIMOTHY CLEVELAND,

      Plaintiffs

v.

ANDREW FLORES, et al.,

      Defendants

Case No.: 2:21-cv-01207-APG-NJK

**Order Accepting Report and
Recommendation**

[ECF No. 19]

On January 11, 2022, Magistrate Judge Koppe recommended that I dismiss this case without prejudice to the filing of a new case either with corporate counsel to represent plaintiff Cleveland Hills Endowment, Inc. or with a natural person named as the plaintiff. ECF No. 19. The plaintiffs object. ECF No. 21.  I have conducted a de novo review as required by Local Rule IB 3-2(b).  Judge Koppe's report and recommendation sets forth the proper legal analysis and factual bases for the decision, and I adopt it as my own.

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation **(ECF No. 19) is accepted** and the plaintiffs' complaint (ECF No. 1) is dismissed without prejudice to the filing of a new case either with corporate counsel to represent plaintiff Cleveland Hills Endowment, Inc. or with a natural person named as the plaintiff.  The clerk of court is instructed to close this case.

DATED this 2nd day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE